# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER |
|---|---|
| PLAINTIFF, | 8:25-cr-00078-DMG |
| v. | |
| Tonmoy Sharma | **NOTICE OF DEFENDANT'S FAILURE TO SATISFY CONDITION(S) OF BOND; ORDER THEREON** |
| DEFENDANT(S). | |

To: Courtroom Deputy Clerk to District Judge / Magistrate Judge  Alka Sagar

Defendant  Tonmoy Sharma  was:

- ☒ released from custody
- ☐ not released from custody
- ☐ ordered held to answer to the _____ District of _____ on or before _____

and was ordered to satisfy condition(s) of the bond on or before  7/25/25 . To date, however, the condition(s) listed below have not been satisfied and the bond has therefore not been posted.

☒ The following document(s) have not been received:

- ☒ **Form CR-03** Affidavit of Surety(ies) (Property) [**Justification**]
- ☐ **Form CR-04** Affidavit of Surety (**No Justification**)
- ☐ Lot Book Report confirming title
- ☐ Property Appraisal or Tax Assessment
- ☐ Recorded Deed of Trust
- ☐ Form CR-37 Declaration re: Passport and Other Travel Documents
- ☐ Passport Receipt from PSA

☐ Equity of property is not sufficient to cover the bail amount
☐ Outstanding warrants have not been cleared
☐ Cash $ _____ has not been posted
☐ Other: _____

Clerk, U. S. District Court

7/31/25    By  M. Robles Vazquez
Date             Deputy Clerk

## ORDER OF THE DISTRICT JUDGE / MAGISTRATE JUDGE

**IT IS THEREFORE HEREBY ORDERED THAT:**

- ☐ The Clerk shall issue a bench warrant.
- ☒ The Clerk shall contact counsel and arrange a status conference as soon as possible.
- ☐ The Clerk shall issue a Final Commitment and Warrant of Removal.
- ☐ Other: _____.

July 31, 2025    / s / Sagar
Date             Hon. Alka Sagar
                 United States Magistrate Judge

CR-80 (11/18)    NOTICE OF DEFENDANT'S FAILURE TO SATISFY CONDITION(S) OF BOND; ORDER THEREON