# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## MINUTES - DETENTION HEARING - REVIEW/RECONSIDERATION OF BAIL / DETENTION ORDER - NEBBIA HEARING

Case No. **SA CR25-00078-DMG-1**　　CourtSmart **CS: 08/05/2025**　　Date: **August 5, 2025**

Present: The Honorable **Alka Sagar**, U.S. Magistrate Judge

**Alma Felix** — Deputy Clerk
**Gregg Eli Marmaro & Mark Aveis** — Assistant U.S. Attorney
Interpreter / Language: ___

USA v. **Tonmoy Sharma**
☐ Present　☐ Custody　☑ Bond　☑ Not present

Attorney Present for Defendant: **Solomon Kim**
☐ Present　☑ CJA　☐ Retd　☐ DFPD　☐ Not present

**PROCEEDINGS: DETENTION HEARING**　　☐ Contested detention hearing is held.
- ☐ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
- ☐ Witnesses CST (see separate list).　☐ Exhibits Marked/Admitted (see separate list).
- ☐ Court orders that exhibits be returned to the respective counsel / party of record.
  - ☐ See Receipt for Release of Exhibits to Counsel.
- ☐ Counsel stipulation to bail.
- ☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.
- ☐ Court ORDERS DEFENDANT PERMANENTLY DETAINED. See separate detention order.
- ☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.
- ☐ **Court sets bail at: $** _____. ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE**.
- ☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
- ☐ Court orders further detention / bail hearing to be set on _____ at _____ ☐a.m. / ☐p.m. in Courtroom _____ before Judge _____.
- ☐ Court orders case continued to _____ at _____ ☐a.m. / ☐p.m. for _____, in Courtroom _____ before Judge _____.
- ☐ Release Order Issued - Release No. _____.
- ☐ Other: _____

**PROCEEDINGS:** ☑ **REVIEW / RECONSIDERATION OF BAIL / DETENTION ORDER - BOND HEARING**
　　　　　　　　☐ **NEBBIA HEARING**

Hearing on ☐ Plaintiff's  ☑ Defendant's request for review / reconsideration of bail / detention order had and request is:
　　☐ GRANTED　☐ DENIED　X CONTINUED

Court ORDERS bail as to the above-named defendant ☐ modified to ☐ set at: $ _____
　　☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.**
- ☐ Bond previously set is ordered vacated.
- ☐ Court orders defendant permanently detained. See separate order.
- ☐ Court denies request for bail, defendant shall remain permanently detained as previously ordered.
- ☐ Witnesses CST (see separate list).　☐ Exhibits Marked / Admitted (see separate list).
- ☐ Court orders that exhibits be returned to the respective counsel / party of record.
  - ☐ See Receipt for Release of Exhibits to Counsel.
- ☑ Case continued to **August 7, 2025** at **10:00** ☑ a.m. / ☐ p.m. for **Continued Application for Bail Review** before Judge **Alka Sagar, U.S. Magistrate Judge** in Courtroom **540 / Roybal**.
- ☐ Nebbia conditions are satisfied and the Government approves the bond package as presented to the Court.
- ☑ Other **Pretrial Services shall provide an updated report.**

Release Order Issued - Release No. _____　　: **07**

Deputy Clerk Initials **AF**